UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTEGRATED CLAIMS SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 5:15-cv-00169-D |
| ) | |
| v. ) | |
| ) | |
| DELTA DENTAL OF NORTH CAROLINA ) | |
| and DELTA DENTAL PLAN OF NORTH ) | |
| CAROLINA, INC., ) | |
| Defendants. ) | |

### ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice all claims between Plaintiff Integrated Claims Systems, LLC and Defendants Delta Dental of North Carolina and Delta Dental Plan of North Carolina, Inc.

After considering the Motion and finding that good cause exists for its entry, the Motion is GRANTED and it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Integrated Claims Systems, LLC and Defendants Delta Dental of North Carolina and Delta Dental Plan of North Carolina, Inc. are DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

So ORDERED. This **24** day of July 2015.

JAMES C. DEVER III
Chief United States District Judge